UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC THOMAS LATHAM,

    Defendant.

_____/

Hon. Paul L. Maloney

Case No. 1:17-cr-00004

## ORDER

Defendant appeared before me on February 10, 2017, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED this 13th day of February, 2017.

    /s/ Phillip J. Green
    PHILLIP J. GREEN
    United States Magistrate Judge